IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

KAREN BOYD, and others
similarly situated,

        Plaintiffs,

                            No. 3:09-cv-0230

v.

                            Judge Trauger

ECHOSPHERE LLC,

        Defendant.

## ORDER GRANTING MOTION TO COMPEL ARBITRATION

Defendant, EchoSphere LLC, by and through its attorneys, The Baggott Law Offices, PLLC, without waiving any other rights to plead in response to Plaintiff's Complaint pursuant to Fed. R. Civ. P. 8, 9, 12, and 13, which rights were specifically reserved, and Plaintiff, Karen Boyd, by and through her attorneys, Gilbert Russell McWherter PLC , moved pursuant to the Federal Rules of Civil Procedure and §§ 2 and 3 of the Federal Arbitration Act ("FAA"), 9 U. S. C. § 1, et seq., and the Mandatory Arbitration of Disputes - Waiver of Rights Agreement signed by Plaintiff, Karen Boyd, for an order compelling arbitration and dismissing Plaintiff's Complaint without prejudice. For good cause shown, the court finds the Motion should be allowed and it is therefore,

O<small>RDERED</small> that the Motion to Compel Arbitration is hereby GRANTED and Plaintiff's Complaint is hereby DISMISSED WITHOUT PREJUDICE.

Signed this __16th__ day of _____April_____ 2009.

_____
United States District Judge

**APPROVED FOR ENTRY:**

| | |
|---|---|
| */s/ Michael L. Russell (with permission)* | */s/Roland W. Baggott III* |
| Michael L. Russell (Bar No. 20268) | Roland W. Baggott III (Bar No. 023428) |
| GILBERT RUSSELL MCWHERTER PLC | THE BAGGOTT LAW OFFICES, PLLC |
| 101 North Highland Avenue | 4525 Harding Pike, Suite 105 |
| Jackson, TN 38301 | Nashville, TN 37205 |
| Telephone: 731-664-1340 | Telephone: 615-620-4580 |
| Facsimile: 731-664-1540 | Facsimile: 615-620-4581 |
| | roland@baggottlaw.com |
| Dated: April 15, 2009 | Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

I, Roland W. Baggott III, hereby certify that a copy of this Motion has been sent via CM/ECF on this 15th day of April, 2009, to the following:

> Michael L. Russell, Esquire
> Justin S. Gilbert, Esquire
> Clinton H. Scott, Esquire
> Gilbert Russell McWherter PLC
> 101 North Highland Avenue
> Jackson, TN 38301
> *Facsimile: 731-664-1540*

*/s/ Roland W. Baggott III*
Roland W. Baggott III